**No. 09-1557. Patco Energy Express, LLC, et al., Petitioners v. Michael G. Lambros.**

562 U.S. 840, 131 S. Ct. 206, 178 L. Ed. 2d 45, 2010 U.S. LEXIS 5882.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 353 Fed. Appx. 379.